IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GERARD KEARNEY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:16–cv-01018** |
| | § | |
| **ALLSTATE INDEMNITY COMPANY,** | § | |
| *Defendant.* | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, GERARD KEARNEY, and Defendant, ALLSTATE INDEMNITY COMPANY, file this, their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against any Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

2583044v1
03646.169

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed

Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,


By:    /s/ Matthew J. Worrall *
      Matthew J. Worrall
      State Bar No.: 24070883
      mworrall@potts-law.com
      William Barfield
      State Bar No. 24031725
      wbarfield@potts-law.com
      Andrew A. Woellner
      State Bar No. 24060850
      awoellner@potts-law.com
      THE POTTS LAW FIRM, LLP
      100 Waugh Drive, Suite 350
      Houston, Texas 77007
      Telephone: (713) 963-8881
      Telecopy: (713) 574-2938

**ATTORNEY FOR PLAINTIFF**

*Signed with Permission*


By:    /s/ Jay Scott Simon
      Jay Scott Simon
      State Bar No. 24008040
      jsimon@thompsoncoe.com
      THOMPSON, COE, COUSINS & IRONS, L.L.P.
      One Riverway, Suite 1400
      Houston, Texas 77056
      Telephone:  (713) 403-8216
      Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

2583044v1
03646.169

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of January, 2017, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure:

Matthew J. Worrall
William Barfield
Andrew A. Woellner
THE POTTS LAW FIRM, LLP
100 Waugh Drive, Suite 350
Houston, Texas 77007
Email: mworrall@potts-law.com
            wbarfield@potts-law.com
            awoellner@potts-law.com

 /s/ Jay Scott Simon
Jay Scott Simon

2583044v1
03646.169